UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                          |   |                         |
|--------------------------|---|-------------------------|
| UNITED STATES OF AMERICA | ) |                         |
|                          | ) |                         |
|                          | ) |                         |
| v.                       | ) | Criminal No. 08-10402   |
|                          | ) |                         |
| William Twining          | ) |                         |
|                          | ) |                         |

ORDER OF THE COURT TO REDUCE THE DEFENDANT'S TERM OF SUPERVISED
RELEASE BY ONE YEAR.

In accordance with Title 18 U.S.C. §3583(e)(1), the Court hereby

ORDERS that, as of **November 3, 2010, William Twining's** term of

supervised release is reduced by one year following his successful

completion of the Court Assisted Recovery Effort.

_____
HON. George A. O'Toole, Jr.
UNITED STATES DISTRICT JUDGE